

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00496-CR

Jamila Rene **CORTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7659
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The reporter's record was originally due September 13, 2022, but was not filed. On September 19, 2022, this court notified the court reporter by letter that the reporter's record was late and instructed the court reporter to file the reporter's record by October 19, 2022. As of October 25, 2022, the court reporter had not filed the reporter's record. Accordingly, we ordered the court reporter to file the reporter's record by November 4, 2022.

On November 8, 2022, the court reporter filed a notification of late record, stating that the reporter's record has not been filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **by November 28, 2022**. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.



Michael A. Cruz,
Clerk of Court